UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON LONG, an individual,

                          Plaintiff,

        vs.

THE HACKETT GROUP, INC., a foreign
corporation,

                          Defendant.

NO. 2:26-cv-01635-RSM

ORDER GRANTING STIPULATED
MOTION EXTENDING TIME FOR
DEFENDANT TO ANSWER OR
OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT

THIS MATTER came before the undersigned Judge of the above-entitled Court on Plaintiff SHARON LONG ("Plaintiff") and Defendant THE HACKETT GROUP, INC.'s ("Defendant") (together, "the Parties") Stipulated Motion for Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint. The Court, being familiar with the files and records herein and having reviewed the Parties' Stipulated Motion for Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint, hereby orders as follows:

The Stipulated Motion for Extension of Time is GRANTED. Defendant's responsive pleading is due on June 22, 2026.

DATED this 26th day of May, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION EXTENDING
TIME FOR DEFENDANT TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S
COMPLAINT – 1