UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON LONG, an individual,

Plaintiff,

v.

THE HACKETT GROUP, INC., a foreign corporation,

Defendant.

NO. 2:26-cv-01635 RSM

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO MODIFY THE SCHEDULING ORDER

Having considered Plaintiff's unopposed Motion for Leave to File a Second Amended Complaint and to Modify the Scheduling Order, and the remainder of the record, it is hereby ORDERED:

1. Plaintiff's Motion, Dkt. #15, is GRANTED;

2. The Scheduling Order (Dkt. #12) is modified solely to reopen the deadline to amend pleadings to permit the filing of the Second Amended Complaint;

3. Plaintiff shall file the Second Amended Complaint in the form submitted with the motion within 14 days of this Order;

4. Defendant shall file a responsive pleading within the time prescribed by the Federal Rules of Civil Procedure; and

5. All other dates and deadlines in the Scheduling Order remain unchanged.

DATED this 19th day of October, 2026.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE